The People of the State of New York, Respondent,
against
Fausto DeJesus, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shari Ruth Michels, J. at speedy trial motion and renewal; Steven J. Hornstein, J., at plea and sentencing), rendered March 20, 2015, convicting him, upon a plea of guilty, of driving while intoxicated per se.




Per Curiam.
Judgment of conviction (Shari Ruth Michels, J. at speedy trial motion and renewal; Steven J. Hornstein, J., at plea and sentencing), rendered March 20, 2015, reversed, on the law, and the accusatory instrument is dismissed.
Examining the factors set forth in People v Taranovich, 37 NY2d 442, 445 (1975), we agree with defendant that he was deprived of his constitutional right to a speedy trial (see CPL 30.20). The 42-month delay between defendant's arrest and his plea of guilty was excessive (see People v Johnson, 38 NY2d 271 [1975]) and the People failed to establish good cause therefor (see People v Singer, 44 NY2d 241, 254 [1978]). The underlying Vehicle and Traffic Law § 1192 charges, though serious, are relatively simple, and this case did not require any unusual attention or complex preparation to ensure its prompt disposition. In the circumstances, dismissal is the appropriate remedy, despite the absence of any actual prejudice to defendant (see Taranovich, 37 NY2d at 446).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: July 14, 2016